UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: | CASE NO. 12 B 21721 |
|---|---|
| | CHAPTER 13 |
| BENJAMIN CARLOS MENDEZ | |
| NICOLETTE MENDEZ | JUDGE JACQUELINE P COX |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  WILMINGTON TRUST CO

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 5 | 28 | XXXXXX7772 | $2,807.75 | $2,970.81 | $2,970.81 |
| Total Amount Paid by Trustee | | | | | $2,970.81 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 12-21721-JPC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 15th day of January, 2016.

Debtor:
BENJAMIN CARLOS MENDEZ
NICOLETTE MENDEZ
1409 CUYLER AVE
BERWYN, IL 60402

Attorney:
LEDFORD & WU
105 W MADISON 23RD FL
CHICAGO, IL 60602
via Clerk's ECF noticing procedures

Mortgage Creditor:
THE BANK OF NEW YORK MELLON
% BURKE COSTANZA & CARBERRY
9191 BROADWAY AVE
MERRILLVILLE, IN 46410

Creditor:
WILMINGTON TRUST CO
% OCWEN LOAN SERVICING
PO BOX 24781
WEST PALM BEACH, FL 33416-6781

Mortgage Creditor:
WELLS FARGO BANK
% HELLER SHAPIRO FRISONE
33 N LASALLE
CHICAGO, IL 60602

Mortgage Creditor:
WELLS FARGO BANK
% WACH/REC
PO BOX 50014
ROANOKE, VA 24040

Mortgage Creditor:
WELLS FARGO
PO BOX 5296
CAROL STREAM, IL 60197

Mortgage Creditor:
WILMINGTON TRUST CO
% OCWEN LOAN SERVICING
1661 WORTHINGTON RD # 100
WEST PALM BEACH, FL 33409

ELECTRONIC SERVICE - United States Trustee

Date: January 15, 2016

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603